■ 44-45 Broadway Realty Co., Appellant, v Tishman Speyer Properties et al., Respondents.—Order, Supreme Court, New York County (Martin Stecher, J.), entered on July 12, 1989 unanimously affirmed, without costs and without disbursements, for the reasons stated by Martin Stecher, J. Concur—Murphy, P. J., Ross, Rosenberger, Asch and Ellerin, JJ.

■ In the Matter of Joseph P. Valentino, Respondent, v State Liquor Authority et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (Stanley Sklar, J.), entered on December 9, 1988, unanimously affirmed for the reasons stated by Stanley Sklar, J., without costs and without disbursements. Concur—Ross, J. P., Carro, Asch and Rubin, JJ. [See, ____ AD2d ____ (Aug. 23, 1990).]

■ The People of the State of New York, Respondent, v Garry Gatling, Appellant.—Judgment, Supreme Court, New York County (Paul Bookson, J.), rendered on February 26, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch and Rubin, JJ.

■ The People of the State of New York, Respondent, v Ernest Gonzalez, True Name Ernesto Gonzalez, Appellant.—Judgment, Supreme Court, New York County (George Roberts, J.), rendered on November 4, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch and Rubin, JJ.

■ The People of the State of New York, Respondent, v Robert Heath, Also Known as Robert Heath, Jr., Appellant.—Judgment, Supreme Court, Bronx County (Elbert Hinkson, J.), rendered on March 10, 1987, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Carro, Asch and Rubin, JJ.